El Pueblo *v.* Millán.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 26.—Resuelto en Junio 20, 1904.

Apelación—Pliego de Excepciones—Errores Manifiestos en Autos.—No habiendo pliego de excepciones, ni apareciendo de los autos que se hubiere cometido algún error, la sentencia apelada debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Hernández, emitió la siguiente opinión del Tribunal.

El presente es un recurso de apelación interpuesto por Pablo Millán y Mogico contra sentencia del Tribunal de Distrito de Mayagüez que le condena por delito de seducción á

la pena de un año de presidio, que sufrirá en el Departamental, con trabajos forzados, ó quinientos dollars de multa, y al pago de las costas. El apelante fué acusado debidamente en tres de Setiembre del año próximo pasado, por el delito de que se ha hecho mérito, cometido del modo siguiente:

"El citado Pablo Millan y Mogica, en los primeros dias del mes de Agosto de 1903, sedujo bajo promesa de matrimonio á la joven soltera y hasta entonces reputada por pura, Gilla Abad Zaragoza y Ramos, y tuvo con ella comercio carnal en el término municipal de Sabana Grande."

El acusado se declaró no culpable y solicitó ser juzgado por el Tribunal de Derecho. Celebrado el juicio en 13 de Abril del corriente año, declararon los testigos de la acusación y de la defensa, y el Tribunal, por unanimidad, dictó sentencia en 23 de Abril citado, en los términos que se dejan expuestos. Contra esa sentencia interpuso la representación del acusado recurso de apelación que le fué admitido, sin que en el record conste pliego de excepciones, ni en el acta del juicio se haya consignado excepción alguna, ni se haya alegado ante la Corte inferior, ni ante esta Corte, fundamento alguno para sostener el recurso, al que se ha opuesto el Fiscal solicitando se declare sin lugar, con las costas á la parte recurrente.

Como se vé, no se ha planteado problema jurídico á resolver; y examinadas las copias del record, no aparece en ellas motivo alguno que aconseje la revocación ó modificación de la sentencia apelada. Procede, pues, la confirmación de dicha sentencia, con las costas del recurso á cargo del apelante Pablo Millán y Mogica.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones, y Asociados, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.